IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| DON ANDERSON, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>WASHINGTON FEDERAL,<br><br>    Defendant. | No. 2:12-cv-00229-PJK-RHS |

ORDER

THIS MATTER came on for consideration of Defendant's Motion to Dismiss filed April 20, 2012. Doc. 4. Plaintiff has not filed a timely response. See D.N.M. LR-Civ. 7.4. In accordance with D.N.M. LR-Civ. 7.1(b), the failure to file a response brief in opposition constitutes consent to grant the motion.

NOW, THEREFORE, IT IS ORDERED, ADJUDGED and DECREED that Defendant's Motion to Dismiss filed April 20, 2012 (Doc. 4) is granted.

DATED this 31st day of May 2012, at Santa Fe, New Mexico.

*Paul Kelly Jr.*
United States Circuit Judge
Sitting by Designation

Counsel:

David K. Thomson, Thomson Law Office, P.C., Santa Fe, New Mexico, for Plaintiff.

R.E. Thompson, Alex C. Walker, and Barry J. Berenberg, Modrall, Sperling, Roehl, Harris & Sisk, P.A., Albuquerque, New Mexico, for Defendant.